FORM 1

UNITED STATES COURT OF INTERNATIONAL TRADE

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

MITZI INTERNATIONAL,

Plaintiff,

v.

UNITED STATES,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS INDEX NUMBER MUST BE SHOWN ON ALL PAPERS FILED WITH THE COURT

01-00879

U.S. COURT OF INTERNATIONAL TRADE
LEO M. GORDON

**ORIGINAL**

**S U M M O N S**

TO:  THE ATTORNEY GENERAL AND THE SECRETARY OF THE TREASURY

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest the denial of the protest specified below (and the protests listed on the attached schedule).

_Leo M. Gordon_
LEO M. GORDON, CLERK OF THE COURT

| PROTEST | |
|---|---|
| Port of Entry: Terminal Island (See attached schedules) | Date Protest Filed: 01-19-00 (See attached schedule) |
| Protest Number: 2704-00-100103 (See attached schedule) | Date Protest Denied: 05-29-01 (See attached schedule) |
| Importer:  Mitzi International | |
| Category of Merchandise:  Soft-sided Insulated Coolers and Cosmetic Bags | |

| ENTRIES INVOLVED IN ABOVE PROTEST | | | | | |
|---|---|---|---|---|---|
| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| 2704-442- | 12-26-98 | 11-05-99 | | | |
| | | | | | |
| 1512746-3 | | | | | |

(See Attached Schedule)

| Port Director U.S. Customs Service 300 South Ferry Street Terminal Island, CA 90731 | Serko & Simon LLP 666 Fifth Avenue, 16th Floor New York, NY 10103 646-496-1670 |
|---|---|
| Address of Customs District in Which Protest Was Denied | Name, Address and Telephone Number of Plaintiff's Attorney |

205 entries

(See reverse side)

CONTESTED ADMINISTRATIVE DECISION

| APPRAISED VALUE OF MERCHANDISE | | |
|---|---|---|
| | STATUTORY BASIS | STATEMENT OF VALUE |
| Appraised: | ORIGINAL | |
| Protest Claim: | | |

| CLASSIFICATION, RATE OR AMOUNT | | | | |
|---|---|---|---|---|
| | ASSESSED | | PROTEST CLAIM | |
| Merchandise | Item or Heading Number | Rate | Item or Heading Number | Rate |
| soft-sided insulated coolers | 6307.90.9989 | 7% | 3924.10.50 or 3924.90.55 | 3.4% |
| cosmetic bags | 4202.92.4500 | 20% | 4202.32.1000 | 12.1¢/kg + 4.6% |

| OTHER |
|---|
| State specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| The issue which was common to all such denied protests: Whether the insulated        coolers are classifiable under 3924. Whether cosmetic bags are classifiable under subheading 4202.32.1000. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person on the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

10-15-01
Date

Signature of Plaintiff's Attorney

Page    1                    SCHEDULE OF DENIED PROTESTS                    10/12/01

Port of Entry:2704-LA-LB  SEAPORT
Importer: MITZI INTERNATIONAL

| Protest # | Date Filed | Date Denied | Entry Number | Entry Date | Liquidated |
|-----------|------------|-------------|--------------|------------|------------|
| 2704-00-100103 | 01/19/00 | 05/29/01 | 44215127463 | 12/26/98 | 11/05/99 |
| 2704-00-100284 | 02/07/00 | 06/12/01 | 44215135722 | 01/02/99 | 11/12/99 |
| 2704-00-100424 | 03/08/00 | 06/29/01 | 44215143478 | 01/11/99 | 11/26/99 |
| 2704-00-100424 | 03/08/00 | 06/29/01 | 44215149822 | 01/17/99 | 12/03/99 |
| 2704-00-100424 | 03/08/00 | 06/29/01 | 44215163310 | 01/25/99 | 12/10/99 |
| 2704-00-100424 | 03/08/00 | 06/29/01 | 44215168798 | 02/02/99 | 12/17/99 |
| 2704-00-100424 | 03/08/00 | 06/29/01 | 44215177195 | 02/06/99 | 12/17/99 |
| 2704-00-100424 | 03/08/00 | 06/29/01 | 44215188226 | 02/13/99 | 12/27/99 |
| 2704-00-100424 | 03/08/00 | 06/29/01 | 44215188259 | 02/13/99 | 12/27/99 |
| 2704-00-100424 | 03/08/00 | 06/29/01 | 44215188317 | 02/13/99 | 12/27/99 |
| 2704-00-100452 | 02/14/00 | 06/08/01 | 44215143429 | 01/09/99 | 11/19/99 |
| 2704-00-100619 | 03/09/00 | 05/21/01 | 44215188226 | 02/13/99 | 12/27/99 |
| 2704-00-100620 | 03/09/00 | 05/21/01 | 44215188259 | 02/13/99 | 12/27/99 |
| 2704-00-100621 | 03/09/00 | 05/21/01 | 44215188317 | 02/13/99 | 12/27/99 |
| 2704-00-100765 | 03/20/00 | 05/21/01 | 44215197490 | 02/22/99 | 01/07/00 |
| 2704-00-100767 | 03/20/00 | 05/21/01 | 44215197680 | 02/23/99 | 01/07/00 |
| 2704-00-100768 | 03/20/00 | 06/12/01 | 44215205590 | 02/27/99 | 01/07/00 |
| 2704-00-100854 | 03/30/00 | 06/29/01 | 44215191048 | 02/19/99 | 01/03/00 |
| 2704-00-100854 | 03/30/00 | 06/29/01 | 44215205541 | 03/01/99 | 01/14/00 |
| 2704-00-100854 | 03/30/00 | 06/29/01 | 44215221571 | 03/13/99 | 01/21/00 |
| 2704-00-100854 | 03/30/00 | 06/29/01 | 44215222124 | 03/13/99 | 01/21/00 |
| 2704-00-100854 | 03/30/00 | 06/29/01 | 44215228048 | 03/20/99 | 01/28/00 |
| 2704-00-100854 | 03/30/00 | 06/29/01 | 44215228097 | 03/22/99 | 02/04/00 |
| 2704-00-100854 | 03/30/00 | 06/29/01 | 44215252238 | 04/10/99 | 02/18/00 |
| 2704-00-100854 | 03/30/00 | 06/29/01 | 44215260934 | 04/17/99 | 02/25/00 |
| 2704-00-100854 | 03/30/00 | 06/29/01 | 44215271576 | 05/25/99 | 03/10/00 |
| 2704-00-100854 | 03/30/00 | 06/29/01 | 44215271618 | 04/25/99 | 03/10/00 |
| 2704-00-100854 | 03/30/00 | 06/29/01 | 44215272244 | 04/26/99 | 03/10/00 |
| 2704-00-100854 | 03/30/00 | 06/29/01 | 44215279124 | 05/01/99 | 03/10/00 |
| 2704-00-100892 | 04/03/00 | 05/21/01 | 44215244391 | 04/03/99 | 02/11/00 |
| 2704-00-100893 | 04/03/00 | 05/21/01 | 44215235282 | 03/27/99 | 02/04/00 |
| 2704-00-101024 | 04/17/00 | 06/12/01 | 44215271576 | 05/25/99 | 03/10/00 |
| 2704-00-101025 | 04/17/00 | 06/12/01 | 44215272244 | 04/26/99 | 03/10/00 |
| 2704-00-101328 | 05/18/00 | 06/12/01 | 44215285808 | 05/08/99 | 03/17/00 |
| 2704-00-101329 | 05/18/00 | 06/12/01 | 44215285865 | 05/10/99 | 03/24/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215279090 | 05/03/99 | 03/17/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215293117 | 05/19/99 | 03/31/00 |

```
+-------------------------------+
| District Director of Customs, |
| U.S. Customs District Office  |
| 300  South Ferry Street       |
|                               |
| Terminal Island, CA 90731     |
+-------------------------------+
```

If the port of entry shown above is different
from the port of entry shown on the first
page of the summons, the address of the
District Director for such different port of
entry must be given in the space provided.

Serko & Simon Document Number:   931556

Port of Entry:2704-LA-LB  SEAPORT
Importer: MITZI INTERNATIONAL

| Protest # | Date Filed | Date Denied | Entry Number | Entry Date | Liquidated |
|-----------|-----------|-------------|--------------|-----------|-----------|
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215301159 | 05/19/99 | 03/31/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215313832 | 05/29/99 | 04/07/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215319557 | 06/02/99 | 04/14/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215320472 | 06/09/99 | 04/21/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215323880 | 06/07/99 | 04/21/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215329168 | 06/09/99 | 04/21/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215329499 | 06/12/99 | 04/21/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215330620 | 06/14/99 | 04/28/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215335793 | 06/15/99 | 04/28/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215336577 | 06/14/99 | 04/28/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215336601 | 06/16/99 | 04/28/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215337039 | 06/14/99 | 04/28/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215337211 | 06/21/99 | 05/05/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215338391 | 06/19/99 | 04/28/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215341262 | 06/19/99 | 04/28/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215345917 | 06/21/99 | 05/05/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215347871 | 06/23/99 | 05/05/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215347897 | 06/23/99 | 05/05/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215351014 | 06/26/99 | 05/05/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215351089 | 06/28/99 | 05/12/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215353929 | 06/29/99 | 05/12/00 |
| 2704-00-101454 | 06/05/00 | 06/29/01 | 44215358159 | 07/06/99 | 05/19/00 |
| 2704-00-101492 | 06/08/00 | 06/12/01 | 44215301431 | 05/22/99 | 03/31/00 |
| 2704-00-101805 | 06/28/00 | 05/30/01 | 44215320472 | 06/09/99 | 04/21/00 |
| 2704-00-101809 | 06/29/00 | 05/30/01 | 44215336577 | 06/14/99 | 04/28/00 |
| 2704-00-101810 | 06/29/00 | 05/30/01 | 44215336601 | 06/16/99 | 04/28/00 |
| 2704-00-101897 | 07/17/00 | 05/30/01 | 44215337211 | 06/21/99 | 05/05/00 |
| 2704-00-101899 | 07/17/00 | 05/30/01 | 44215358159 | 07/06/99 | 05/19/00 |
| 2704-00-102088 | 08/07/00 | 05/30/01 | 44215422120 | 08/21/99 | 06/30/00 |
| 2704-00-102090 | 08/07/00 | 06/08/01 | 44215418896 | 08/16/99 | 06/30/00 |
| 2704-00-102092 | 08/07/00 | 05/30/01 | 44215415934 | 08/14/99 | 06/23/00 |
| 2704-00-102093 | 08/07/00 | 05/30/01 | 44215415850 | 08/14/99 | 06/23/00 |
| 2704-00-102206 | 08/21/00 | 05/30/01 | 44215423094 | 08/23/99 | 07/07/00 |
| 2704-00-102207 | 08/21/00 | 05/30/01 | 44215435932 | 08/28/99 | 07/07/00 |
| 2704-00-102208 | 08/21/00 | 05/30/01 | 44215435965 | 08/28/99 | 07/07/00 |
| 2704-00-102209 | 08/21/00 | 05/30/01 | 44215455419 | 09/14/99 | 07/28/00 |
| 2704-00-102210 | 08/21/00 | 05/30/01 | 44215459783 | 09/18/99 | 07/28/00 |

```
+--------------------------------+
| District Director of Customs,  |   If the port of entry shown above is different
| U.S. Customs District Office   |   from the port of entry shown on the first
| 300  South Ferry Street        |   page of the summons, the address of the
|                                |   District Director for such different port of
| Terminal Island, CA 90731      |   entry must be given in the space provided.
+--------------------------------+
```
                                     Serko & Simon Document Number:   931556

Page    3                SCHEDULE OF DENIED PROTESTS                10/12/01

Port of Entry:2704-LA-LB   SEAPORT
Importer: MITZI INTERNATIONAL

| Protest # | Date Filed | Date Denied | Entry Number | Entry Date | Liquidated |
|-----------|-----------|-------------|--------------|-----------|-----------|
| 2704-00-102530 | 09/15/00 | 06/28/01 | 44215412295 | 08/10/99 | 06/23/00 |
| 2704-00-102530 | 09/15/00 | 06/28/01 | 44215412873 | 08/10/99 | 06/23/00 |
| 2704-00-102530 | 09/15/00 | 06/28/01 | 44215437417 | 08/28/99 | 07/07/00 |
| 2704-00-102530 | 09/15/00 | 06/28/01 | 44215444967 | 09/05/99 | 07/21/00 |
| 2704-00-102530 | 09/15/00 | 06/28/01 | 44215444975 | 09/05/99 | 07/21/00 |
| 2704-00-102530 | 09/15/00 | 06/28/01 | 44215444983 | 09/05/99 | 07/21/00 |
| 2704-00-102530 | 09/15/00 | 06/28/01 | 44215455385 | 09/14/99 | 07/28/00 |
| 2704-00-102530 | 09/15/00 | 06/28/01 | 44215459809 | 09/20/99 | 08/04/00 |
| 2704-00-102530 | 09/15/00 | 06/28/01 | 44215476589 | 09/27/99 | 08/11/00 |
| 2704-00-102530 | 09/15/00 | 06/28/01 | 44215477801 | 09/27/99 | 08/11/00 |
| 2704-00-102530 | 09/15/00 | 06/28/01 | 44215478676 | 09/27/99 | 08/11/00 |
| 2704-00-102530 | 09/15/00 | 06/28/01 | 44215483783 | 10/05/99 | 08/18/00 |
| 2704-00-102553 | 09/19/00 | 05/30/01 | 44215478676 | 09/27/99 | 08/11/00 |
| 2704-00-102554 | 09/19/00 | 05/30/01 | 44215483668 | 10/03/99 | 08/18/00 |
| 2704-00-102555 | 09/19/00 | 05/30/01 | 44215483809 | 10/06/99 | 08/18/00 |
| 2704-00-102556 | 09/19/00 | 05/30/01 | 44215492743 | 10/12/99 | 08/25/00 |
| 2704-00-102802 | 10/13/00 | 05/30/01 | 44215513761 | 10/25/99 | 09/08/00 |
| 2704-00-102803 | 10/13/00 | 05/30/01 | 44215502236 | 10/18/99 | 09/01/00 |
| 2704-01-102084 | 01/01/01 | 08/21/01 | 44215081546 | 11/17/98 | 10/01/99 |
| 2704-98-101360 | 08/03/98 | 06/05/01 | 44214540310 | 08/15/97 | 06/26/98 |
| 2704-98-101361 | 08/03/98 | 06/05/01 | 44214540294 | 08/15/97 | 06/26/98 |
| 2704-98-101362 | 08/03/98 | 06/05/01 | 44214549113 | 08/22/97 | 07/06/98 |
| 2704-98-101363 | 08/03/98 | 06/07/01 | 44214549121 | 08/22/97 | 07/06/98 |
| 2704-98-101364 | 08/03/98 | 06/05/01 | 44214558361 | 08/29/97 | 07/10/98 |
| 2704-98-101365 | 08/03/98 | 06/07/01 | 44214558858 | 08/29/97 | 07/10/98 |
| 2704-98-101511 | 08/17/98 | 06/14/01 | 44214567552 | 09/05/97 | 07/17/98 |
| 2704-98-101512 | 08/17/98 | 06/14/01 | 44214567586 | 09/05/97 | 07/17/98 |
| 2704-98-101513 | 08/17/98 | 06/14/01 | 44214567594 | 09/05/97 | 07/17/98 |
| 2704-98-101514 | 08/17/98 | 06/14/01 | 44214576306 | 09/12/97 | 07/24/98 |
| 2704-98-101515 | 08/17/98 | 06/14/01 | 44214587188 | 09/19/97 | 07/31/98 |
| 2704-98-102082 | 10/16/98 | 06/07/01 | 44214617118 | 10/12/97 | 08/28/98 |
| 2704-98-102083 | 10/16/98 | 06/06/01 | 44214617126 | 10/11/97 | 08/21/98 |
| 2704-98-102084 | 10/16/98 | 06/06/01 | 44214621938 | 10/17/97 | 08/28/98 |
| 2704-98-102300 | 11/09/98 | 04/20/01 | 44214650366 | 11/07/97 | 09/18/98 |
| 2704-98-102301 | 11/09/98 | 04/20/01 | 44214640235 | 11/03/97 | 09/18/98 |
| 2704-98-102302 | 11/09/98 | 04/20/01 | 44214633461 | 10/26/97 | 09/11/98 |
| 2704-98-102303 | 11/09/98 | 04/20/01 | 44214633479 | 10/26/97 | 09/11/98 |

```
+---------------------------------+
|  District Director of Customs,  |   If the port of entry shown above is different
|  U.S. Customs District Office   |   from the port of entry shown on the first
|  300   South Ferry Street       |   page of the summons, the address of the
|                                 |   District Director for such different port of
|  Terminal Island, CA 90731      |   entry must be given in the space provided.
+---------------------------------+
```

Serko & Simon Document Number:    931556

Page    4                    SCHEDULE OF DENIED PROTESTS                    10/12/01

Port of Entry:2704-LA-LB   SEAPORT
Importer: MITZI INTERNATIONAL

| Protest # | Date Filed | Date Denied | Entry Number | Entry Date | Liquidated |
|-----------|------------|-------------|--------------|------------|------------|
| 2704-98-102304 | 11/09/98 | 04/20/01 | 44214649319 | 11/07/97 | 09/18/98 |
| 2704-98-102305 | 11/09/98 | 04/20/01 | 44214650556 | 11/07/97 | 09/18/98 |
| 2704-98-102503 | 11/27/98 | 06/14/01 | 44259543369 | 11/28/97 | 10/09/98 |
| 2704-98-102514 | 11/27/98 | 06/07/01 | 44214682377 | 12/12/97 | 10/23/98 |
| 2704-98-102515 | 11/27/98 | 06/07/01 | 44214663492 | 11/21/97 | 10/02/98 |
| 2704-98-102516 | 11/27/98 | 06/07/01 | 44214658468 | 11/14/97 | 09/25/98 |
| 2704-98-102517 | 11/27/98 | 06/07/01 | 44214658450 | 11/14/97 | 09/25/98 |
| 2704-98-102518 | 11/27/98 | 06/07/01 | 44214658443 | 11/14/97 | 09/25/98 |
| 2704-99-100209 | 01/19/99 | 06/08/01 | 44214698266 | 12/26/97 | 11/06/98 |
| 2704-99-100266 | 01/25/99 | 06/08/01 | 44214705913 | 01/02/98 | 11/13/98 |
| 2704-99-100267 | 01/25/99 | 06/08/01 | 44214705921 | 01/02/98 | 11/13/98 |
| 2704-99-100574 | 03/01/99 | 04/18/01 | 44214744144 | 02/06/98 | 12/18/98 |
| 2704-99-100768 | 03/22/99 | 06/07/01 | 44214772905 | 03/07/98 | 01/15/99 |
| 2704-99-100769 | 03/22/99 | 06/07/01 | 44214789271 | 03/21/98 | 01/29/99 |
| 2704-99-100770 | 03/22/99 | 06/05/01 | 44214803577 | 04/04/98 | 02/12/99 |
| 2704-99-100771 | 03/22/99 | 05/08/01 | 44214813170 | 04/11/98 | 02/19/99 |
| 2704-99-100995 | 04/15/99 | 06/05/01 | 44214813113 | 04/13/98 | 02/26/99 |
| 2704-99-100996 | 04/16/99 | 06/07/01 | 44214779918 | 03/14/98 | 03/05/99 |
| 2704-99-100997 | 04/15/99 | 06/05/01 | 44214820258 | 04/18/98 | 02/26/99 |
| 2704-99-100998 | 04/15/99 | 06/05/01 | 44214828368 | 04/25/98 | 03/05/99 |
| 2704-99-100999 | 04/15/99 | 06/07/01 | 44214828533 | 04/25/98 | 03/05/99 |
| 2704-99-101000 | 04/15/99 | 06/07/01 | 44214836510 | 05/02/98 | 03/12/99 |
| 2704-99-101448 | 06/04/99 | 04/19/01 | 44214844944 | 05/11/98 | 03/26/99 |
| 2704-99-101449 | 06/04/99 | 04/19/01 | 44214851808 | 05/16/98 | 03/26/99 |
| 2704-99-101450 | 06/04/99 | 04/19/01 | 44214851782 | 05/16/98 | 03/26/99 |
| 2704-99-101451 | 06/04/99 | 04/19/01 | 44214851592 | 05/15/98 | 03/26/99 |
| 2704-99-101452 | 06/04/99 | 04/19/01 | 44214844985 | 05/09/98 | 03/19/99 |
| 2704-99-101541 | 06/16/99 | 04/19/01 | 44214858373 | 05/26/98 | 04/09/99 |
| 2704-99-101542 | 06/16/99 | 04/19/01 | 44214836866 | 05/05/98 | 04/23/99 |
| 2704-99-101543 | 06/16/99 | 04/18/01 | 44214858340 | 05/23/98 | 04/02/99 |
| 2704-99-101544 | 06/16/99 | 04/18/01 | 44214858365 | 05/24/98 | 04/09/99 |
| 2704-99-101545 | 06/16/99 | 04/18/01 | 44214859223 | 05/23/98 | 04/02/99 |
| 2704-99-101546 | 06/16/99 | 04/18/01 | 44214865709 | 05/30/98 | 04/09/99 |
| 2704-99-101547 | 06/16/99 | 04/18/01 | 44214865717 | 05/30/98 | 04/09/99 |
| 2704-99-101548 | 06/16/99 | 04/18/01 | 44214865733 | 05/30/98 | 04/09/99 |
| 2704-99-101549 | 06/16/99 | 04/18/01 | 44214865741 | 05/30/98 | 04/09/99 |
| 2704-99-101550 | 06/16/99 | 04/18/01 | 44214873992 | 06/06/98 | 04/16/99 |

```
+---------------------------------+
|  District Director of Customs,  |   If the port of entry shown above is different
|  U.S. Customs District Office   |   from the port of entry shown on the first
|  300   South Ferry Street       |   page of the summons, the address of the
|                                 |   District Director for such different port of
|  Terminal Island, CA 90731      |   entry must be given in the space provided.
+---------------------------------+
```

Serko & Simon Document Number:    931556

Page    5                    SCHEDULE OF DENIED PROTESTS                   10/12/01

Port of Entry:2704-LA-LB  SEAPORT
Importer: MITZI INTERNATIONAL

| Protest # | Date Filed | Date Denied | Entry Number | Entry Date | Liquidated |
|-----------|------------|-------------|--------------|------------|------------|
| 2704-99-101551 | 06/16/99 | 04/19/01 | 44214874065 | 06/06/98 | 04/16/99 |
| 2704-99-101552 | 06/16/99 | 04/19/01 | 44214882118 | 06/13/98 | 04/23/99 |
| 2704-99-101673 | 06/28/99 | 04/18/01 | 44214901033 | 06/30/98 | 05/14/99 |
| 2704-99-101678 | 06/28/99 | 04/18/01 | 44214890715 | 06/20/98 | 04/30/99 |
| 2704-99-101679 | 06/28/99 | 04/18/01 | 44214901074 | 06/27/98 | 05/07/99 |
| 2704-99-101680 | 06/28/99 | 04/18/01 | 44214906958 | 07/04/98 | 05/14/99 |
| 2704-99-101681 | 06/28/99 | 04/18/01 | 44214906966 | 07/04/98 | 05/14/99 |
| 2704-99-101682 | 06/28/99 | 04/18/01 | 44214890673 | 06/20/98 | 04/30/99 |
| 2704-99-101935 | 07/26/99 | 05/21/01 | 44214914135 | 07/11/98 | 05/21/99 |
| 2704-99-101936 | 07/26/99 | 05/21/01 | 44214922583 | 07/18/98 | 05/28/99 |
| 2704-99-101937 | 07/26/99 | 05/21/01 | 44214922591 | 07/18/98 | 05/28/99 |
| 2704-99-101938 | 07/26/99 | 05/21/01 | 44214914127 | 07/10/98 | 05/21/99 |
| 2704-99-101939 | 07/26/99 | 05/21/01 | 44214923524 | 07/22/98 | 06/04/99 |
| 2704-99-102175 | 08/16/99 | 05/30/01 | 44214949073 | 08/10/98 | 06/25/99 |
| 2704-99-102186 | 08/16/99 | 05/30/01 | 44214934935 | 07/28/98 | 06/11/99 |
| 2704-99-102285 | 08/24/99 | 05/29/01 | 44214978957 | 08/29/98 | 07/09/99 |
| 2704-99-102286 | 08/24/99 | 05/29/01 | 44214978965 | 08/29/98 | 07/09/99 |
| 2704-99-102523 | 09/15/99 | 06/14/01 | 44214949073 | 08/10/98 | 06/25/99 |
| 2704-99-102523 | 09/15/99 | 06/14/01 | 44214978965 | 08/29/98 | 07/09/99 |
| 2704-99-102523 | 09/15/99 | 06/14/01 | 44214988220 | 09/05/98 | 07/16/99 |
| 2704-99-102523 | 09/15/99 | 06/14/01 | 44214988261 | 09/05/98 | 07/16/99 |
| 2704-99-102523 | 09/15/99 | 06/14/01 | 44214994541 | 09/13/98 | 07/30/99 |
| 2704-99-102523 | 09/15/99 | 06/14/01 | 44215003003 | 09/21/98 | 08/06/99 |
| 2704-99-102523 | 09/15/99 | 06/14/01 | 44215013960 | 09/26/98 | 08/06/99 |
| 2704-99-102523 | 09/15/99 | 06/14/01 | 44215016898 | 10/01/98 | 08/13/99 |
| 2704-99-102523 | 09/15/99 | 06/14/01 | 44215021385 | 10/03/98 | 08/13/99 |
| 2704-99-102876 | 10/18/99 | 05/18/01 | 44214994541 | 09/13/98 | 07/30/99 |
| 2704-99-102878 | 10/18/99 | 05/18/01 | 44215013960 | 09/26/98 | 08/06/99 |
| 2704-99-102925 | 10/25/99 | 05/21/01 | 44215021385 | 10/03/98 | 08/13/99 |
| 2704-99-102926 | 10/25/99 | 05/21/01 | 44215016898 | 10/01/98 | 08/13/99 |
| 2704-99-103010 | 11/04/99 | 05/21/01 | 44215030402 | 10/11/98 | 08/27/99 |
| 2704-99-103013 | 11/04/99 | 05/21/01 | 44215042019 | 10/17/98 | 08/27/99 |
| 2704-99-103014 | 11/04/99 | 05/21/01 | 44215042027 | 10/17/98 | 08/27/99 |
| 2704-99-103121 | 11/09/99 | 05/18/01 | 44215050574 | 10/24/98 | 09/03/99 |
| 2704-99-103259 | 12/14/99 | 07/24/01 | 44215068386 | 11/09/98 | 09/24/99 |
| 2704-99-103259 | 12/14/99 | 07/24/01 | 44215068485 | 11/10/98 | 09/24/99 |
| 2704-99-103259 | 12/14/99 | 07/24/01 | 44215118991 | 12/21/98 | 11/05/99 |

```
+--------------------------------+
| District Director of Customs,  |   If the port of entry shown above is different
| U.S. Customs District Office   |   from the port of entry shown on the first
| 300  South Ferry Street        |   page of the summons, the address of the
|                                |   District Director for such different port of
| Terminal Island, CA 90731      |   entry must be given in the space provided.
+--------------------------------+
                                     Serko & Simon Document Number:   931556
```

Page    6                    SCHEDULE OF DENIED PROTESTS                  10/12/01

Port of Entry:2704-LA-LB  SEAPORT
Importer: MITZI INTERNATIONAL

| Protest # | Date Filed | Date Denied | Entry Number | Entry Date | Liquidated |
|-----------|-----------|-------------|--------------|-----------|-----------|
| 2704-99-103259 | 12/14/99 | 07/24/01 | 44215119007 | 12/19/98 | 10/31/99 |
| 2704-99-103259 | 12/14/99 | 07/24/01 | 44215119031 | 12/19/98 | 10/29/99 |
| 2704-99-103261 | 11/24/99 | 05/21/01 | 44215059922 | 11/01/98 | 09/17/99 |
| 2704-99-103399 | 12/10/99 | 05/18/01 | 44215068386 | 11/09/98 | 09/24/99 |
| 2704-99-103400 | 12/10/99 | 05/18/01 | 44215068485 | 11/10/98 | 09/24/99 |
| 2704-99-103550 | 12/15/99 | 05/21/01 | 44215086099 | 11/23/98 | 10/08/99 |
| 2704-99-103647 | 12/30/99 | 05/21/01 | 44215110071 | 12/14/98 | 10/29/99 |

Number of Lines Printed:  192

```
+-------------------------------+
| District Director of Customs, |
| U.S. Customs District Office  |
| 300  South Ferry Street       |
|                               |
| Terminal Island, CA 90731     |
+-------------------------------+
```
If the port of entry shown above is different
from the port of entry shown on the first
page of the summons, the address of the
District Director for such different port of
entry must be given in the space provided.

Serko & Simon Document Number:   931556

```
Page    1                  SCHEDULE OF DENIED PROTESTS                  10/12/01

Port of Entry:2720-Los Angeles Airport
Importer: MITZI INTERNATIONAL
```

| Protest # | Date Filed | Date Denied | Entry Number | Entry Date | Liquidated |
|-----------|-----------|-------------|--------------|-----------|------------|
| 2720-00-100034 | 01/18/00 | 09/25/01 | 44220395329 | 12/24/98 | 11/05/99 |
| 2720-00-100294 | 06/08/00 | 09/26/01 | 44220464406 | 06/02/99 | 04/14/00 |
| 2720-00-100380 | 06/30/00 | 09/26/01 | 44220472755 | 06/17/99 | 04/28/00 |
| 2720-99-100446 | 06/23/99 | 09/24/01 | 44220304263 | 06/03/98 | 04/16/99 |
| 2720-99-100498 | 07/15/99 | 09/24/01 | 44220310203 | 06/17/98 | 04/30/99 |
| 2720-99-100499 | 07/15/99 | 09/24/01 | 44220313975 | 06/29/98 | 05/14/99 |
| 2720-99-100698 | 10/18/99 | 09/24/01 | 44220349185 | 09/15/98 | 07/30/99 |
| 2720-99-100720 | 10/26/99 | 09/25/01 | 44220355620 | 09/29/98 | 08/13/99 |
| 2720-99-100721 | 10/26/99 | 09/25/01 | 44220355638 | 09/29/98 | 08/13/99 |
| 2720-99-100722 | 10/26/99 | 09/25/01 | 44220355653 | 09/29/98 | 08/13/99 |
| 2720-99-100781 | 11/26/99 | 09/25/01 | 44220371361 | 11/02/98 | 09/17/99 |
| 2720-99-100809 | 12/10/99 | 09/25/01 | DX509838711 | 11/09/98 | 09/24/99 |
| 2720-99-100810 | 12/10/99 | 09/25/01 | DX509838885 | 11/12/98 | 09/24/99 |

```
Number of Lines Printed:    13
```

```
+-------------------------------+
| District Director of Customs, |   If the port of entry shown above is different
| U.S. Customs Int'l Airport    |   from the port of entry shown on the first
| 11099 La Cienega Blvd         |   page of the summons, the address of the
|                               |   District Director for such different port of
| Los Angeles      CA 90045     |   entry must be given in the space provided.
+-------------------------------+
```

Serko & Simon Document Number:   931556

| Process | Initials | Date |
|---------|----------|------|
| SCAN | SS | 10/16 |
| CM/ECF | | |
| Docket | | |
| VAX | | |

RECEIVED & FILED

2001 OCT 15  P 4: 15

U.S. COURT OF
INTERNATIONAL TRADE
LEO M. GORDON, CLERK