UNITED STATES COURT OF INTERNATIONAL TRADE

------------------------------------------------------------

STEVEN'S BABY BOOM LTD.,

Plaintiff,

v.                          |  Court Nos. 99-00226
                            |  and Attached Schedule
UNITED STATES,

Defendant.                  |  Reserve Calendar

------------------------------------------------------------

## ORDER

Upon filing of plaintiff's consent motion to suspend; upon other papers and proceedings had herein; it is hereby

ORDERED that plaintiff's motion be and hereby is granted; and it is further

ORDERED that the above referenced case and the cases on the attached schedule are suspended under test case <u>A.D. Sutton v. United States</u>, Court No. 03-00510 pending a final determination of that designated test case; and it is further

ORDERED that the Clerk of this Court transfer said actions to the appropriate suspension file.

/S/      Jane A. Restani
_____
Chief Judge

Dated: 2/14, 2007
New York, New York

## SCHEDULE

| Plaintiff | Court No. |
|---|---|
| Steven's Baby Boom Ltd. | 99-00226 |
| A.D. Sutton & Sons | 99-00228 |
| Mitzi International | 99-00344 |
| Mitzi International | 99-00347 |
| Steven's Baby Boom Ltd. | 99-00708 |
| Mitzi International | 99-00709 |
| A.D. Sutton & Sons | 00-00145 |
| Mitzi International | 00-00167 |
| Steven's Baby Boom Ltd. | 00-00316 |
| Mitzi International | 01-00879 |
| Books are Fun | 03-00030 |
| Books are Fun | 03-00659 |
| Books are Fun | 04-00099 |
| Books are Fun | 04-00625 |
| Mitzi International | 05-00530 |
| A.D. Sutton & Sons | 05-00650 |
| A.D. Sutton & Sons | 06-00027 |
| Mitzi International | 06-00028 |
| Baby Boom Consumer Products Inc. | 06-00029 |

# NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _2- 15·07_

By: _/s/ Steve Taronji_
Deputy Clerk