UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE JANE A. RESTANI, SENIOR JUDGE

| | |
|---|---|
| MITZI INTERNATIONAL, | |
| *Plaintiff*, | Court No. 01-00879 |
| v. | |
| UNITED STATES, | |
| *Defendant*. | |

## **STATUS REPORT**

This status report is provided in response to the Court's December 15, 2020 order in connection with the cases (including the captioned case), which had been suspended under the A.D. Sutton & Sons v. United States (Court No. 03-00510) test case that has become final.

Since the filing of the last status report, CBP's analysis of the prior cases has been completed and the results were conveyed to plaintiff. Thereafter, plaintiff submitted a proposal to resolve the action based upon CBP's analysis, and that proposal is currently under review by the government. The parties reasonably believe that the proposal will avoid the need for litigation in this matter.

The parties respectfully request an additional 60-day extension of time until April 13, 2021 to update the court.

The parties certainly understand if the Court wishes to have an in-court status conference on these issues and they would certainly make themselves available for such a conference. However, if the Court is satisfied with this report regarding the status of the parties' efforts to settle these cases, the parties offer the attached proposed order in these cases in lieu of an in-court status conference. Counsel for Defendant concurs with this status report.

        Respectfully submitted,

        SIMON GLUCK & KANE LLP
        Attorneys for Plaintiff
        535 Fifth Avenue, 4th Floor
        New York, New York 10017
        Tel: 212-775-0055
        dgluck@customs-law.com

        /s/ Daniel J. Gluck
        DANIEL J. GLUCK

Dated: February 12, 2021
       New York, New York