UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE JANE A. RESTANI, SENIOR JUDGE

| | |
|---|---|
| MITZI INTERNATIONAL | &#124; |
| | &#124; |
| *Plaintiff*, | &#124;  Court No. 01-00879 |
| | &#124; |
| v. | &#124; |
| UNITED STATES, | &#124; |
| | &#124; |
| *Defendant*. | &#124; |

## STATUS REPORT

This status report is provided in response to the Court's February 12, 2021 order in connection with the captioned case, which had been suspended under the A.D. Sutton & Sons v. United States (Court No. 03-00510) test case that has become final.

Since the filing of the last status report, the parties have reached a settlement in principle and are in the process of drafting appropriate settlement language. The parties reasonably believe that a settlement agreement will be reached that will avoid the need for litigation in this matter.

The parties respectfully request an additional 60-day extension of time until June 14, 2021 to update the court.

The parties certainly understand if the Court wishes to have an in-court status conference on these issues and they would certainly make themselves available for such a conference.

However, if the Court is satisfied with this report regarding the status of the parties' efforts to settle these cases, the parties offer the attached proposed order in these cases in lieu of an in-court status conference.  Counsel for Defendant concurs with this status report.

                                            Respectfully submitted,

                                            SIMON GLUCK & KANE LLP
                                            Attorneys for Plaintiff
                                            535 Fifth Avenue, 4th Floor
                                            New York, New York 10017
                                            Tel: 212-775-0055
                                            dgluck@customs-law.com

                                            /s/ Daniel J. Gluck
                                            DANIEL J. GLUCK

Dated: April 13, 2021
        New York, New York